## Frolics, Inc., Appellee, v. Republic Warehouse Corporation, Appellee. Harry Eager, Appellant.

### Gen. No. 43,892.

opinion filed February 17, 1948; released for publication March 9, 1948. Poppenhusen, Johnston, Thompson & Raymond, for appellant; Henry J. Brandt, of counsel; Brill & May, for appellee; Albert J. Horrell, and Harry May, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.